IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRACY YOSHIYUKI TAMANAHA, ) ) ) Plaintiff, ) ) vs. ) ) WELLS FARGO BANK, NA, ) INDYMAC BANK, FSB, and DOES ) 1 through 20 inclusive, ) ) Defendants. ) _____ ) | CIVIL 10-00273-DAE-LEK |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 1, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DISMISS DEFENDANT INDYMAC BANK,

FSB, WITHOUT PREJUDICE," docket no. 20, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 21, 2010.



_____
David Alan Ezra
United States District Judge

Tracy Yoshiyuki Tamanaha vs. Wells Fargo Bank, NA, et al., Civil No. 10-00273 DAE-LEK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION